AO 243 (Rev. 01/15)   Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District **SOUTHERN DISTRICT OF FLORIDA** |
|---|---|
| Name *(under which you were convicted)*: **HECTOR GENARO LEVY** | Docket or Case No.: **1:15-CR-20654-KMW** |
| Place of Confinement: **D. RAY JAMES C.I. PO BOX 2000 FOLKSTON, GA 31537** | Prisoner No.: **# 06296-104** |
| UNITED STATES OF AMERICA **UNITED STATES OF AMERICA** v. **HECTOR GENARO LEVY** | Movant *(include name under which convicted)* |

FILED by \_\_\_\_ D.C.
AUG 15 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   **UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT OF FLORIDA**
   **MIAMI DIVISION**
   **Wilkie D. Ferguson, Jr. United States Courthouse**
   ~~400 North Miami, Avenue Room 8~~ ~~Miami Fl 33128~~

   (b) Criminal docket or case number (if you know): **1:15-cr-20654-KMW**

2. (a) Date of the judgment of conviction (if you know): **January 20, 2016**

   (b) Date of sentencing: **01/20/2016**

3. Length of sentence: **78 Months Imprisionment.**

4. Nature of crime (all counts): **Pleaded guilty to count three of a Four Count Indictment. Title 21 U.S.C. § 846 Conspiracy to possess with intent to distribute five kilograms or more of cocaine.**

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

   *[handwritten annotation:]*
   cat/div **510 / 2255 / MIA**
   Case # **14 CR 20654**
   Judge **WILLIAMS** Mag **WHITE**
   Motn Ifp **—** Fee pd $ **—**
   Receipt #

6. If you went to trial, what kind of trial did you have? (Check one) **N/A**   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? **N/A** Yes ☐   No ☐

8. Did you appeal from the judgment of conviction? **N/A** Yes ☐   No ☐

9. If you did appeal, answer the following: **No appeal were taken by Attorney.**
   (a) Name of court: **N/A**
   (b) Docket or case number (if you know): **N/A**
   (c) Result: **N/A**
   (d) Date of result (if you know): **N/A**
   (e) Citation to the case (if you know): **N/A**
   (f) Grounds raised: **N/A**

   (g) Did you file a petition for certiorari in the United States Supreme Court? **N/A** Yes ☐   No ☐
   If "Yes," answer the following:
   (1) Docket or case number (if you know): **N/A**
   (2) Result: **N/A**

   (3) Date of result (if you know): **N/A**
   (4) Citation to the case (if you know): **N/A**
   (5) Grounds raised: **N/A**

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes [X]   No ☐   **Yes on August 25-2016, I filed a Motion Seeking a reduction on my Sentence under § 3582, and my petition were denied.**

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: **Southern District of Florida Miami Division.**
        (2) Docket or case number (if you know): **15-cr-20654-KMW**
        (3) Date of filing (if you know): **08/25/2016**

        (4) Nature of the proceeding: **Amendment 782, Pursuant 18 U.S.C. § 3582(C)(2).**
        (5) Grounds raised: **2 Levels Reduction under Amendment 782.**

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☒
    (7) Result: **Denied.**
    (8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court: **Southern District of Florida Miami Division**
    (2) Docket of case number (if you know): **1:15-CR-20654-**
    (3) Date of filing (if you know): **June 29, 2017**
    (4) Nature of the proceeding: **Motion to Compel Rule 60.**
    (5) Grounds raised: **Reduction pursuant 5H1.6 Family Ties,**

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☒
    (7) Result: **Honorable Kathleen M-Williams, give me an oppotunity to Withdrawl my petition, and to file a § 2255 Petition.**
    (8) Date of result (if you know): **Pending.**

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application? **N/A**
    (1) First petition:    Yes ☒    No ☐
    (2) Second petition:    Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:
    **I had requested to My Attorney to file a notice of appeal,**

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

Case 1:17-cv-23099-KMW   Document 1   Entered on FLSD Docket 08/15/2017   Page 4 of 14
Case 1:15-cr-20654-KMW   Document 56-2   Entered on FLSD Docket 07/28/2017   Page 5 of 13

AO 243 (Rev. 01/15)                                                                  Page 5

GROUND ONE: <u>COUNSEL WAS CONSTITUTIONALLY INEFFECTIVE FOR FAILURE TO FILE A NOTICE OF APPEAL AS REQUESTED BY PETITIONER.</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner asserts, that...Right...after he got Sentenced by this Honorable Court, he did spoke to his Attorney about the possibility of filing a Direct Appeal, his Attorney told him that he has plead guilty and there were no grounds, to file an appeal, Mr. Levy, requested for--review to the Eleventh Circuit, his Attorney promised that he will file the notice of appeal, but he do not wanted to handle the appeal, he also said that the Direct Appeal will take time. NOW, the petitioner filed a Motion under Rule 60 (b)(6), asking for a sentence reduction, and this Honorable Court gave me a opportunity to file this petition, I respectfully requests <u>an opportunity to file a belated appeal to the Eleventh Circuit.</u>

(b) **Direct Appeal of Ground One:** N/A

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐    No ☐

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☒

    (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐    No ☐   N/A

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐    No ☐   N/A

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐    No ☐   N/A

(6) If your answer to Question (c)(4) is "Yes," state: **N/A**

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: **N/A**

**GROUND TWO: WAS DEFENDANT'S SENTENCE SUBSTANTIALLY REASONABLE IN LIGHT OF THE TOTALITY OF CIRCUMSTANCES OF 18 U.S.C. § 3553(a).**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner were sentenced to a 78 months imprisonment, and petitioner contends that his sentence is much to harsh compared with another defendant's with similar records and similar conduct.

Petitioner, is very sick with (HIV), and he is almost 67 years old, his Attorney knew about a Law Statute, [but] he failed to invoke it in a properly manner, causing the petitioner a "Great" Deal of Prejudice, and a miscarriage of Justice. Whether this Honorable Court would have had giving a downward departure to the defendant, we never will know. U.S.S.G. § 5H1.6 and 5K2.0.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☐   **N/A**

(2) If you did not raise this issue in your direct appeal, explain why: **Attorney failed to file a notice of appeal, as instructed.**

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No [x]

(2) If you answer to Question (c)(1) is "Yes," state: **N/A**

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐  No ☐  **N/A**

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐  No ☐  **N/A**

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐  No ☐  **N/A**

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: **N/A**

**GROUND THREE: COUNSEL'S FAILURE TO INVESTIGATE AND PREPARE FOR A FAIR SENTENCE, AND FAILURE TO PREPARE A MEMORANDUM OF LAW UNDER 5K2.0**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

**AND 5H1.6 FAMILY TIES...Petitioner asserts that he suffered a miscarriage of justice, based on his Attorney's failure to Suppress Evidence, and to request a Pre-Trial prior to guilty plea hearing Counsel's failure to request to the Court to consider title 18 U.S.C. § 3553(a)(6) Unwarranted Sentencing Disparities.**

(b) **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐    No ☐  **N/A**

   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐    No ☐  **N/A**

   (2) If you answer to Question (c)(1) is "Yes," state:

   Type of motion or petition:  **N/A**

   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know):

   Date of the court's decision:

   Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ☐    No ☐  **N/A**

   (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ☐    No ☐  **N/A**

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

      Yes ☐    No ☐  **N/A**

   (6) If your answer to Question (c)(4) is "Yes," state:  **N/A**

   Name and location of the court where the appeal was filed:

   Docket or case number (if you know):

   Date of the court's decision:

   Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: **N/A**

**GROUND FOUR:** **NONE**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:** **N/A**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐  No ☐  **N/A**
  (2) If you did not raise this issue in your direct appeal, explain why:
    **N/A**

(c) **Post-Conviction Proceedings:** **N/A**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐  No ☐  **N/A**

  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition:
  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know):
  Date of the court's decision:
  Result (attach a copy of the court's opinion or order, if available):

AO 243 (Rev. 01/15)                                                                                         Page 10

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐   No ☐  **N/A**

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐   No ☐  **N/A**

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐   No ☐  **N/A**

    (6) If your answer to Question (c)(4) is "Yes," state: **N/A**

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: **N/A**

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: **My health problems, lately I have been suffering, with my cronic' illnessess, I also have been stressed, and depression.**

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?   Yes ☒   No ☐

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. **Southern District of Florida, Miami Division. Motion to Compel, under Rule 60.**

Case 1:17-cv-23099-KMW Document 1 Entered on FLSD Docket 08/15/2017 Page 10 of 14
Case 1:15-cr-20654-KMW Document 56-2 Entered on FLSD Docket 07/28/2017 Page 11 of 13
AO 243 (Rev. 01/15) Page 11

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging: **ANDRE DOMINIQUE PIERRE.**
    (a) At the preliminary hearing: **THE SAME AS ABOVE.**

    (b) At the arraignment and plea: **SAME AS ABOVE.**

    (c) At the trial: **NO TRIAL.**

    (d) At sentencing: **SAME AS ABOVE.**

    (e) On appeal: **ATTORNEY FAILED TO FILE NOTICE OF APPEAL.**

    (f) In any post-conviction proceeding: **N/A**

    (g) On appeal from any ruling against you in a post-conviction proceeding: **N/A**

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time? Yes [X] No [ ]

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes [ ] No [X]
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed: **N/A**
    (c) Give the length of the other sentence: **N/A**
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes [ ] No [x]

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

    **The petitioner was sentenced on January 20, 2016, he waited for his Attorney, to file his notice of appeal, according to the Attorney, it will take over a year, But petitioner has been pursuing his rights, to appeal, he just verily found-out that he could file a petition under § 2255, Honorable:Kathleen M. Williams Gave the opportunity to petitioner to withdrawl his motion under Rule 60, and to file his petition pursuant title 28 U.S.C. §2255.**

Now a litigant is entitled to Equitable Tolling of statute of limitations only if the litigant establishes two element: (1) that he has been pursuing his right diligently, and (2) that some extraordinary circumstances stood in his way, and prevented timely filing.

1) Attorney failed to file a notice of appeal, depriving the petitioner, of his right to appeal to the (11th) Circuit Court of Appeals.

2) This Honorable, Court Could use its Power <u>Sua Sponte</u>, to give the petitioner an opportunity to file a belated appeal to the Eleventh Circuit.

3) The date on which the facts supporting the claim or claims presentend could have discovered through the exercise of <u>Due diligence.</u>

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
  A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
    (1) the date on which the judgment of conviction became final;
    (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
    (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15) Page 13

Therefore, movant asks that the Court grant the following relief: **TO VACATE SENTENCE, AND TO REMAND FOR RESENTENCING, PETITIONER WAS IMPROPERLY CONVICTED, THE COURT COULD GIVE A DOWNWARD DEPARTURE BASED ON PETITIONER ILLNESSESS.**
or any other relief to which movant may be entitled. **ORDER A BELATED APPEAL, TO THE ELEVENTH (11th) CIRCUIT COURT OF APPEALS, AND TO APPOINT NEW COUNSEL AS REQUIRED BY RULE 44(a).**

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ .
(month, date, year)

Executed (signed) on _____/s/_____ (date) 8/10/2017

_____/s/_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

HECTOR GENARO LEVY
REG NO: 06296-104
D. RAY JAMES C.I.
PO BOX 2000
FOLKSTON, GA 31537

UNITED STATES DISTRICT COURT
Wilkie D. Ferguson, Jr. United States cour
400 North Miami Avenue, Room 8
MIAMI, FLORIDA 33128



D. Ray James Prison
Hwy 252 - P.O. Box 2000 - Folkston, GA 31537

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility/center has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return enclosure to the above address."

ENTERED AUG 10 2017