UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-23099-CIV-WILLIAMS

HECTOR GENARO LEVY,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Patrick A. White's report and recommendations (DE 4) ("Report") regarding Plaintiff's motion to vacate pursuant to 28 U.S.C. § 2255 (DE 1). Upon an independent review of the Report, Plaintiff's objections (DE 5), the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 4) are **AFFIRMED AND ADOPTED**.
2. This action is **DISMISSED AS TIME-BARRED**.
3. No certificate of appealability shall issue.
4. All pending motions are **DENIED AS MOOT**.
5. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 15 day of May, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC: Hector Genaro Levy
06296-104
D. Ray James Correctional Institution
Inmate Mail/Parcels, P.O. Box 2000
Folkston, GA 31537